**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-8046

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSEPH ANTHONY WALKER, a/k/a Joseph Walker,
a/k/a Jody Laboard, a/k/a Derrick Laboard,

Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:02-cr-00522-DCN)

Submitted:  October 31, 2007          Decided:  December 3, 2007

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

G. Wells Dickson, Jr., Charleston, South Carolina, for Appellant.
Alston Calhoun Badger, Jr., Assistant United States Attorney,
Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Anthony Walker appealed from the denial of his motion for reduction of sentence under 18 U.S.C.A. § 3582(c) (West 2000 & Supp. 2007) pursuant to Amendment 599. This case was previously remanded for a determination of timeliness of the appeal in the ten-day appeal period. On November 21, 2006, the district court determined that the appeal was timely noted and returned the case to the court. On July 2, 2007, judgment was entered affirming the district court's order. See United States v. Walker, No. 06-6772 (4th Cir. July 2, 2007) (unpublished). The mandate issued on August 24, 2007.

On December 1, 2006, Walker, proceeding pro se, noted another appeal of the order denying § 3582(c) relief, which is the notice of appeal related to the subject case. Having reviewed the record and the Anders brief, the court finds that this appeal is duplicitous and dismisses the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -